IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY L. PATTON,
ADC #160758                                                              PLAINTIFF

v.                           No. 4:19-cv-119-DPM-PSH

RALPH MURPHY, Officer,
Pulaski County Jail; and
PULASKI COUNTY DETENTION
FACILITY                                                                DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's recommendation, № 4, and notes Patton's filing, № 6, which is not an objection in substance. FED. R. CIV. P. 72(b)(3). Patton acknowledges that the Pulaski County Detention Facility isn't subject to a § 1983 suit. № 6. The claims against it are therefore dismissed without prejudice. Patton's claims against Ralph Murphy will proceed. № 5.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 March 2019