IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY L. PATTON
ADC #160758                                                          PLAINTIFF

v.                          No: 4:19-cv-119 DPM

RALPH MURPHY,
Officer, Pulaski County Jail                                         DEFENDANT

## ORDER

1. The Court withdraws the reference.

2. Patton's motion to dismiss, № 10, is granted. His complaint will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 June 2019