IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY L. PATTON PLAINTIFF
ADC #160758

v. No: 4:19-cv-119 DPM

RALPH MURPHY,
Officer, Pulaski County Jail DEFENDANT

## JUDGMENT

Patton's complaint is dismissed without prejudice.

 _____
 D.P. Marshall Jr.
 United States District Judge

 3 June 2019