# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ANTHONY L. PATTON                                              PLAINTIFF

v.                    No. 4:19-cv-119-DPM

RICHARD MURPHY,
Officer, Pulaski County Jail                                   DEFENDANT

## ORDER

The Court adopts Magistrate Judge Harris's unopposed recommendation, № 36. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 30, granted. Patton's complaint will be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

27 February 2020