IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANTHONY L. PATTON                                               PLAINTIFF

v.                  No. 4:19-cv-119-DPM

PULASKI COUNTY DETENTION
FACILITY; and RICHARD MURPHY,
Officer, Pulaski County Jail                           DEFENDANTS

## JUDGMENT

Patton's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

27 February 2020